UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-24274-CIV-MORENO

ALEXIS RAMOS,
An individual

        Plaintiff,

vs.

KILOLO KIJAKAZI,
Commissioner of the Social Security
Administration

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Plaintiff Alexis Ramos' Motion for Summary Judgment (ECF No. 20) and Defendant Kilolo Kijakazi's, Commissioner of the Social Security Administration ("Commissioner"), Motion for Summary Judgment (ECF No. 23). The Magistrate Judge filed a Report and Recommendation (**D.E. 24**) on **January 5, 2022**.

The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues. No objections have been filed by either party, and the time for doing so has passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. It is

**ADJUDGED** that Plaintiff's Motion for Summary Judgment is **DENIED**, and Defendant's Motion for Summary Judgment is **GRANTED** for the reasons stated in the Report and Recommendation. It is **ADJUDGED** that all pending motions on the docket are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st of October 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record